# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DWAYNE DEMOUCHET

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.   2022 CW 0471

JULY 5, 2022

---

In Re:   Dwayne Demouchet, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 693,721.

---

**BEFORE:   McCLENDON, WELCH, AND HESTER, JJ.**

**WRIT DENIED AS MOOT.** The Nineteenth Judicial District Commissioner issued her report and recommendation on May 18, 2022, and notice was sent to the parties on May 19, 2022.

**PMc**
**JEW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT